FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

2014 MAY 23  A 10: 42

Alexandria Division

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.1:14MJ 264 |
| v. ) | (Class B Petty) |
| ) | |
| MARK ROBERT GORDON ) | |
| ) | |

## CRIMINAL INFORMATION
(Count 1 - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about May 21, 2014, at Fort Hunt Park, in the Eastern District of Virginia, the defendant MARK ROBERT GORDON, did recklessly create a risk of public alarm, nuisance, jeopardy or violence by using language, an utterance or gesture, or engaged in a display or act which was obscene, physically threatening, or menacing, or done in a manner that is likely to inflict injury or incite an immediate breach of the peace. (Violation of Title 36, Code of Federal Regulations, Section 2.34(a)(2))

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Rosanne C. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be sent via first class mail to defendant on the 23rd day of May, 2014.

Rosanne C. Haney
Assistant United States Attorney